IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

RUSSIAN RESEARCH CENTER )
THE KURCHATOV INSTITUTE, )
)
Plaintiff, )
) Case No.: AMD 02-3878
v. )
)
WESTERN SERVICES CORP., et al., )
)
Defendants. )

## CONSENTED TO MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Defendants, Western Services Corporation and Guia Outmelidze, hereby move for an extension of time in which to file a responsive pleading to the Complaint served upon each of them on or about December 16, 2002. Pursuant to the Federal Rules of Civil Procedure, defendants' response is currently due January 6, 2003. Defendants respectfully request that the Court extend that date to February 7, 2003.

Counsel for the defendants has conferred with counsel for the plaintiff, and he consents to this request.

APPROVED THIS 2d
DAY OF Jan, 2003

Andre M. Davis
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Bruce R. Genderson (Bar No. 02427)
George A. Borden
Margaret A. Keeley

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendants*
*Western Services Corporation and*
*Guia Outmelidze*

Dated: December 30, 2002

## CERTIFICATE OF SERVICE



I, Margaret A. Keeley, hereby certify that I served the Consent to Motion for an Extension of Time in Which to File a Responsive Pleading on December 30, 2002 by FedEx to counsel:

>John M.G. Murphy, Esq.
>Ober, Kaler, Grimes & Shriver
>120 E. Baltimore Street, 8th Floor
>Baltimore, MD 21202

Margaret A. Keeley