UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEB 24 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

RUSSIAN RESEARCH CENTER,
THE KURCHATOV INSTITUTE

    Plaintiff,

vs.

WESTERN SERVICES CORPORATION,
et al.,

    Defendants.

Case No.: AMD 02-CV3878

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff and counter-defendant Russian Research Center, The Kurchatov Institute ("KI"), defendant, counter-plaintiff and third party plaintiff Western Services Corporation ("WSC"), defendant Guida Outmelidze a/k/a George Utmel ("Utmel"), and third party defendant GSE Systems, Inc. ("GSE"), by their undersigned attorneys, stipulate that the time during which KI and GSE must respond to WSC's counter-complaint and third party complaint is extended through and including April 2, 2003.

Bruce R. Genderson (02427)
Margaret A. Keeley
Williams & Connolly

John M.G. Murphy
E. Scott Johnson
Jesse B. Hammock

| | |
|---|---|
| 725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000<br><br>Attorneys for Western Services Corporation and George Utmel | Ober, Kaler, Grimes & Shriver<br>120 E. Baltimore Street<br>8th Floor<br>Baltimore, MD 21202-1643<br>410-685-1120<br><br>Atorneys for Russian Research Center, The Kurchatov Institute and GSE Systems, Inc. |

APPROVED this 24TH day of Feb., 2003.

_____
**Andre M. Davis**
**United States District Judge**