IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUSSIAN RESEARCH CENTER THE KURCHATOV INSTITUTE,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**WESTERN SERVICES CORP., et al.,**<br><br>　　　　**Defendants and Third-Party Plaintiff,**<br><br>　v.<br><br>**GSE SYSTEMS, INC.**<br><br>　　　　**Third-Party Defendants.** | Case No.: AMD 02-3878 |

## JOINTLY PROPOSED SCHEDULING ORDER

　　　　Pursuant to Federal Rule of Civil Procedure 26(f), the parties hereby jointly propose the following discovery deadlines in this matter:

| | |
|---|---|
| Initial Disclosures | This case will not be subject to the initial disclosure requirements of Rule 26(a)(1) |
| Initial Written Discovery Served | April 18, 2003 |
| Depositions Begin | May 27, 2003 |
| Fact Discovery Closes | October 3, 2003 |
| KI's Expert Report Due | November 3, 2003 |
| WSC's Expert Reports (Rebuttal to KI/Affirmative to GSE) | December 3, 2003 |

| | |
|---|---|
| GSE's Expert Reports Due | January 6, 2004 |
| Expert Discovery Closes | February 6, 2004 |
| Joint Status Report to Court Due | February 13, 2004 |
| Dispositive Motions Filed | March 22, 2004 |

Respectfully Submitted Jointly By:

| WILLIAMS & CONNOLLY LLP | OBER, KALER, GRIMES & SHRIVER |
|---|---|
| By: _____/s/_____<br>Bruce R. Genderson (No. 02427)<br>Margaret A. Keeley (No. 15654)<br>Ann N. Sagerson | By: _____/s/_____<br>John M.G. Murphy (No. 03811) |
| 725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br>(202) 434-5029 (facsimile) | 120 E. Baltimore St., 8th fl.<br>Baltimore, MD 21202<br>(410) 685-1120<br>(410) 547-0699 (facsimile) |
| *Counsel for Western Services Corporation and George Utmel* | *Counsel for Russian Research Center Kurchatov Institute* |

GORMAN & WILLIAMS

By: _____/s/_____
Francis J. Gorman (No. 00690)
Charles L. Simmons Jr. (No. 024278)
Michael S. Yang (025951)

Two North Charles Street
Baltimore, MD 21201
(410) 528-0600
(410) 528-0602 (facsimile)

*Counsel for GSE Systems, Inc.*

Dated: April 4, 2003