IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RUSSIAN RESEARCH CENTER, :
INC., etc., :
    Plaintiff :
:
v. : Civil No. AMD 02-3878
:
WESTERN SERVICES CORP., et al., :
    Defendants :

...o0o...

O R D E R

Plaintiff's motion for leave to file second amended complaint has been read and considered. The motion is DENIED this 19th day of May, 2003.

There is no reason whatsoever that plaintiff cannot or should not file an independent action against the proposed defendants who would be joined by amendment. Such an approach will eliminate the prospect that the schedule in this case will be disrupted.

SO ORDERED.

                                        /s/
                              ANDRE M. DAVIS
                              United States District Judge