# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 5-630-727**

EFFECTIVE DATE OF REGISTRATION

JAN 17 2003

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

SimPort Thermal Hydraulic Steam-Water Properties Calculation Tool

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Russian Research Center Kurchatov Institute

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Russia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer program

**NAME OF AUTHOR ▼**

INTERDCM Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Russia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Computer program

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 04  06   Day ▶ 00  05   Year ▶ 1997
Russia    ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Russian Research Center Kurchatov Institute

INTERDCM Corporation

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
11-21-2002   1-17-2003
ONE DEPOSIT RECEIVED
1-17-2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

**\*Amended by C.O. authority per telephone conversation of 1-17-03 with Richard Luebke.**

EXAMINED BY 

CHECKED BY

☑ CORRESPONDENCE
Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▷                Year of Registration ▷

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Richard Luebke
GSE Systems, Inc.
9189 Red Branch Road
Columbia, Maryland 21045

Area code and daytime telephone number ▷  (410) 772-3318        Fax number ▷  (410) 772-3599

Email ▷  richard.luebke@gses.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▷
{
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Russian Research Center KI
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

and  INTERDCM Corporation

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Richard J. Luebke                                        Date ▷  11/19/02

Handwritten signature (X) ▼

X _Richard Luebke_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  GSE Systems, Inc.
          Attn: Richard J. Luebke

Number/Street/Apt ▼
9189 Red Branch Road

City/State/ZIP ▼
Columbia, Maryland 21045



• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV. June 1999

⊕ printed on recycled paper

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/29

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.

- If at all possible, try to fit the information called for into the spaces provided on the basic form.

- If you do not have space enough for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.

- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.

- **Part A of this sheet is intended to identify the basic application.**
  **Part B is a continuation of Space 2 on the basic application.**
  **Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application.**

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**FORM _TX_ /CON**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-630-727**

P/ ... ... ... AU

EFFECTIVE DATE OF REGISTRATION

_JAN   17   2003_

(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

Page ___3___ of ___4___ pages

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

**SIMPORT THERMAL HYDRAULIC STEAM-WATER PROPERTIES CALCULATION TOOL**

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

**RUSSIAN RESEARCH CENTER KURCHATOV INSTITUTE AND INTERDCM CORPORATION**

---

## B
**Continuation of Space 2**

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.*

CONTINUATION OF (Check which):    ☐ Space 1    ☒ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

# FORM TX

## Continuation Sheet

<u>4</u>

Address for the Russian Research Center Kurchatov Institute:

    Kurchatov Square 1,
    **Moscow 123182**
    Russia

Address for INTERDCM Corporation:

    1, Kurchatov Square
    Moscow 123182
    Russia

<table>
<tr><td>MAIL<br>TO</td><td colspan="2">Name ▼<br><br>**GSE SYSTEMS, INC**</td><td rowspan="4">YOU MUST<br>• Complete all necessary spaces<br>• Sign your application<br><br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1. Application form<br>2. Nonrefundable $30 filing fee<br>in check or money order<br>payable to Register of Copyrights<br><br>MAIL TO<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559-6000</td></tr>
<tr><td>Certificate<br>will be<br>mailed in<br>window<br>envelope</td><td colspan="2">Number/Street/Apt ▼<br><br>**9189 RED BRANCH ROAD**</td></tr>
<tr><td></td><td colspan="2">City/State/ZIP ▼<br><br>**COLUMBIA, MARYLAND  21045**</td></tr>
</table>

**D**

Address for
return of
certificate

August 1995; rev. June 2000

☆U.S.COPYRIGHT OFFICE WWW FORM. 1995; 200