# The MCS Group, Inc.
## Priority+ Legal Services, Inc. / Legal Legs, LTD.
One North Charles Street, Suite 301, Baltimore, MD 21201
(410) 752-7500  Fax (410) 823-3299

---

### Affidavit - Return of Private Process

U. S. District Court Western District of Pennsylvania

Case #  AMD 02 CV 3878

Case   Russian Research Center The Kurchatov Institute

vs.

Western Services Corporation

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 5/22/2003 at 11:20:00 AM at 4350 Northern Pike, Monroeville, PA 15146

Allegheny Energy Supply Co., LLC s/o Custodian of Records was s
Accepted by: Norbert J. Smith, Sr. Atty.

- [ ] Writ of Summons
- [ ] Complaint
- [ ] Injunction
- [ ] Interrogatories
- [x] Subpoena
- [ ] Notice to Take Deposition
- [ ] Order to Appear for Oral Exam
- [ ] Supporting Documents

- [ ] Confessed Judgement
- [ ] Show Cause Order
- [ ] Replevin
- [ ] Writ of Garnishment on Property
- [ ] Writ of Garnishment on Wages
- [ ] Civil Non-Domestic Case Information Report
- [ ] Civil Domestic Case Information Report
- [ ] Request for Production of Documents

Other:

**Additional Information:**

| | | | | | |
|---|---|---|---|---|---|
| Race: White | Height 6'1" | Hair Brown | Age: 50 |
| Sex Male | Weight 200 | Other: | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 5/27/2003

_____
Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.

_____
Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02/01/07