IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

```
RUSSIAN RESEARCH CENTER              *
THE KURCHATOV INSTITUTE,
                                     *
    Plaintiff/Counterclaim Defendant,
                                     *
v.
                                     *     Civil Action
WESTERN SERVICES CORP., et al.,
                                     *     AMD 02-3878
    Defendant/Counterclaim Plaintiff/
    Third Party Plaintiff,           *

v.                                   *

GSE SYSTEMS, INC.,                   *     Filed:

    Third Party Defendant.           *     June 4, 2003

*   *   *   *   *   *   *   *   *   *   *   *
```

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take note of my appearance as counsel in this case for Defendant GSE Systems, Inc.


June 4, 2003           _____
Date                   Charles L. Simmons Jr., P.C.
                       Bar Number: 24278
                       Gorman & Williams
                       Two North Charles St., Ste. 750
                       Baltimore, MD 21201
                       (410) 528-0600