# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

## Affidavit - Return of Private Process

**U. S. District Court Northern District of Texas**

**Case #** AMD 02 CV 3878

**Case**   Russian Research Center The Kurchatov Institute

vs.

Western Services Corporation

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 5/29/2003 at 8:56:00 AM at 1601 Bryan St, Dallas, TX 75201

**Texas Utilities Co., Inc. s/o TXU Business Services, Co. was served**
Accepted by: Judy Bridges, Auth. Agent

- [ ] Writ of Summons
- [ ] Complaint
- [ ] Injunction
- [ ] Interrogatories
- [x] Subpoena
- [ ] Notice to Take Deposition
- [ ] Order to Appear for Oral Exam
- [ ] Supporting Documents
- [ ] Confessed Judgement
- [ ] Show Cause Order
- [ ] Replevin
- [ ] Writ of Garnishment on Property
- [ ] Writ of Garnishment on Wages
- [ ] Civil Non-Domestic Case Information Report
- [ ] Civil Domestic Case Information Report
- [ ] Request for Production of Documents

Other:

## Additional Information:

| | | | | | | |
|---|---|---|---|---|---|---|
| Race: | White | Height | 5'[2" | Hair | Brown | Age: 50 |
| Sex | Female | Weight | 110 | Other: | | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 6/6/2003

_____
Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.

_____
Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02/01/0_