# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

### Affidavit - Return of Private Process

U. S. District Court Eastern District of North Carolina

Case #  AMD 02 CV 3878

Case   Russian Research Center The Kurchatov Institute

vs.

Western Services Corporation

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 6/3/2003 at 11:40:00 AM at 327 Hillsborough St, Raleigh, NC 27603

Progress Energy, Inc. s/o Corporation Services Co. was served wit
Accepted by:  Bradley King, Auth. To Accept

- ☐ Writ of Summons
- ☐ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☑ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☐ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

**Additional Information:**

Race:          Height:          Hair:          Age:
Sex            Weight           Other:

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date:  6/9/2003

_Private Process Server_

Sworn and Subscribed to before me this ____ day of _____, in the year ____.

Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02/01/07