IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>   Plaintiff,<br><br> v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>   Defendants and<br>   Third-Party Plaintiff,<br><br> v.<br><br>GSE SYSTEMS, INC.<br><br>   Third-Party<br>   Defendants. | Case No.: AMD 02-3878 |

## NOTICE OF SERVICE

I hereby certify that a copy of Western's Motion to Compel the Depositions of Two Principal Officers of Plaintiff Kurchatov, and to Compel Plaintiff Kurchatov to Produce Electronic Versions of the Software Alleged to Have Been Infringed, and Other Documents, and a copy of the Memorandum in support thereof, were sent to the following by FedEx on July 2, 2003:

    John M.G. Murphy, Esq.
    Ober, Kaler, Grimes & Shriver, P.C.
    120 East Baltimore Street
    Baltimore, MD 21202

        Charles L. Simmons, Jr., Esq.
        Gorman & Williams
        Two North Charles Street
        Suite 750
        Baltimore, MD 21201


                Respectfully submitted,

                WILLIAMS & CONNOLLY LLP


                By: _____/s/_____
                     Bruce R. Genderson (Bar No. 02427)
                     Margaret A. Keeley (Bar No. 15654)
                     Ann Sagerson (Bar No. 15821)

                725 Twelfth Street, N.W.
                Washington, D.C.  20005
                (202) 434-5000

                *Counsel for Western Services Corporation*
                *and George Utmel*

Dated: July 2, 2003