IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER,<br>THE KURCHATOV INSTITUTE<br><br>    Plaintiff,<br><br>  vs.<br><br>WESTERN SERVICES CORPORATION,<br>    *et al.*<br><br>    Defendant, | Case No.: 02CV3878 |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2003, a copy of Plaintiff Russian Research Center, The Kurchatov Institute's Memorandum in Opposition of Defendants George Utmel and Western Services Corporation's Motion to Compel was sent via facsimile and Federal Express to:

    Margaret A. Keeley, Esquire
    Williams & Connolly
    725 Twelfth St., N.W.
    Washington, DC 20005-5901

    Attorneys for Defendants

491653.1

And via hand delivery to:

   Frank J. Gorman, Esq.
   Charles L. Simmons, Esq.
   Gorman & Williams
   Two North Charles Street
   Baltimore, MD 21201

   Counsel for Counter-Defendant
   GSE Systems, Inc.

                                    Respectfully Submitted,

                                    _____/s/_____
                                    John M.G. Murphy
                                    Federal Bar No.03811
                                    Ober, Kaler, Grimes & Shriver
                                    A Professional Corporation
                                    120 East Baltimore Street
                                    Baltimore, Maryland 21202-1643
                                    410-685-1120
                                    410-547-0699 (fax)

                                    Attorneys for Plaintiff

491653.1