LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARGARET A. KEELEY
(202) 434-5137
mkeeley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 26, 2003

**By FedEx**

John M. G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Charles L. Simmons, Jr., Esq.
Gorman and Williams
Two North Charles Street
Baltimore, MD 21201

Re:   *SimPort* Litigation

Dear Counsel:

Enclosed please find Notices of Deposition for Messrs. Shalya, Rakitin and Malkin. We have noticed the depositions for the dates of July 7, 14 and 16, and anticipate that each deposition will last two days. If either you or your clients are unavailable on these dates, please provide us alternative dates for the depositions, and we will do our best to accommodate your schedules.

Sincerely,

*Meg Keeley*

Margaret A. Keeley

Enclosures

EXHIBIT B