**OBER|KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

FILE COPY

Offices In
Maryland
Washington, D.C.
Virginia

June 24, 2003

**VIA FACSIMILE (202-434-5029) AND FIRST CLASS MAIL**

Margaret A. Keeley, Esquire
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

      Re:  *Kurchatov v. Western Services Corporation, et al.*
            In the United States District Court for the District of Maryland
            Case No. AMD 02 CV3878

Dear Meg:

      I write to address the outstanding issue of the depositions of Dr. Rakitin and Professor Malkin. As you will recall, I questioned your Notice of Deposition to the extent that it indicated two days for each deposition. In response, on Saturday, June 21, 2003, you called and stated that the parties had agreed (prior to my involvement in the case) to limit only the total number of hours of depositions by each side, and that there would be no limit to the total number of hours for any individual deposition. Upon review of John Murphy's letter to Judge Davis of April 17, 2003, to which you were copied, I note that the agreement was as follows:

> Given these considerations, the parties have agreed that Plaintiff Kurchatov Institute should be allotted 80 hours of deposition time; that Defendants Western Services Corporation and Guia Outmelidze should be allotted 120 hours of deposition time; and that Third Party Defendant GSE Systems, Inc. should be allotted 80 hours of deposition time. The parties respectfully note that their agreement and recommendation as to deposition time is made without prejudice to the rights of any party to request further deposition time and/or relief from the witness number and day and hour restrictions set forth Fed. R. Civ. P. 30(a)(2)(A) and 30(d)(2).

488561.1





1903
OBER|KALER
2003
Forward thinking.
For the century ahead.

Margaret A. Keeley, Esquire
June 24, 2003
Page 2

In light of this letter, it appears that no agreement was reached to lift the limits on individual depositions. The agreement was made without prejudicing the rights to seek relief from the "hour restrictions," but does not extend or alter them. If there is some other communication between the parties indicating such an agreement, which I have overlooked, please let me know. As such, we reassert that the Notices of Deposition for Drs. Rakitin and Malkin are improper as they note two days for each.

If you have any questions, please do not hesitate to give me a call.

Very truly yours,

Jesse B. Hammock

JBH:cld

cc:    John M.G. Murphy, Esquire
       Charles L. Simmons, Esquire (via facsimile)