# OBER | KALER
**A Professional Corporation**

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

FILE COPY

Offices In
Maryland
Washington, D.C.
Virginia

July 7, 2003

**VIA FACSIMILE (202-434-5029) AND FIRST CLASS MAIL**
Margaret A. Keeley, Esquire
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

    Re:  *Kurchatov v. Western Services Corporation, et al.*
       In the United States District Court for the District of Maryland
       Case No. AMD 02 CV3878

Dear Meg:

  I am writing in response to the recently received Motion to Compel the depositions filed by WSC on Friday, and our recent telephone conversations regarding the depositions. After checking with our client, it does not appear that four consecutive days in the end of July/the beginning of August are possible, even if the Court were to order four days for the depositions (two days a piece). In an effort to resolve this dispute and to get discovery moving in this case, we propose to extend the length of the depositions over those three days to cover the number of hours allowed for four days. If you find this acceptable, please call at your earliest convenience so that we may inform Dr. Rakitin, Professor Malkin, and the Court.

              Very truly yours,

              Jesse B. Hammock

JBH:cld
cc:  Ann N. Sagerson, Esquire (via facsimile)
   Charles L. Simmons, Esquire (via facsimile)
   John M.G. Murphy, Esquire

488561.1

EXHIBIT

1903
OBER | KALER
*Forward thinking.* 2003
*For the century ahead.*