# OBER | KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

FILE COPY

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Offices In
Maryland
Washington, D.C.
Virginia

July 9, 2003

**VIA FACSIMILE (202-434-5029) AND FIRST CLASS MAIL**

Margaret A. Keeley, Esquire
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

   Re: *Kurchatov v. Western Services Corporation, et al.*
     In the United States District Court for the District of Maryland
     Case No. AMD 02 CV3878

Dear Meg:

  I write to follow up on several issues discussed in our telephone conference this afternoon.

  First, in an effort to resolve the dispute concerning the depositions of Dr. Rakitin and Professor Malkin, we can make them available from Tuesday, July 29 through and including Saturday, August 2. This allows 5 days to do the depositions of both. To accommodate the travel arrangements of Dr. Rakitin and Professor Malkin, please let us know by close of business this coming Friday if this is acceptable so they do not hold airline tickets unnecessarily. If this offer is not acceptable, then they will cancel their tickets, and we will await completion of the Local Rule 105 process and a ruling by the Court.

  In our conference, we discussed (Frank actually initiated it) putting off depositions of all DS&S/SAIC/WSC employees or former employees. We have two clarifications/changes to this: (a) the deposition of Sergey Zhigunov should go forward on one of the dates we set aside for depositions because he was never an employee of DS&S/SAIC/WSC, and (b) the depositions of the corporate designees of DS&S and SAIC should go forward without waiting to resolve any disputes we have over WSC's document production. I have discussed this with Frank, and he agrees.





1903
OBER|KALER
2003
Forward thinking.
For the century ahead.

490146.1

Margaret A. Keeley, Esquire
July 9, 2003
Page 2

Can you give us dates for the DS&S and SAIC's depositions? We will make arrangements with Zhigunov, who is already under subpoena, using one of the deposition dates we set aside in today's conference.

Very truly yours,

Jesse B Hammock (cld)

Jesse B. Hammock

JBH:cld
cc:   Charles L. Simmons, Esquire (via facsimile)
      Francis J. Gorman, Esquire (via facsimile)
      John M. G. Murphy, Esquire

490146.1