# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

FILE COPY

Jesse B. Hammock
jbhammock@ober.com
410-347-7664

**Offices In**
Maryland
Washington, D.C.
Virginia

July 14, 2003

<u>VIA FACSIMILE (202-434-5029) AND FEDERAL EXPRESS</u>

Margaret A. Keeley, Esquire
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

   Re: *Kurchatov v. Western Services Corporation, et al.*
     In the United States District Court for the District of Maryland
     Case No. AMD 02 CV3878

Dear Meg:

  Enclosed you will find KI's latest version of SimPort in electronic format, as we discussed in our July 10 teleconference. Also as discussed in that teleconference, included you will find all of the Subpoenas issued to date by KI to third parties, as well as the remainder of the documents received in response. Please confirm your prior receipt of documents produced by Vermont Yankee Nuclear Power Corporation. Also as we discussed in the July 9 teleconference, KI will be producing copies of documents related to the relationship between KI and InterDCM/InterDUM, employment records, and documents related to KI's authority to file suit. Those documents were received from KI and have been sent to the copy service for Bates stamping. We will send the documents to you by Federal Express when we receive them from the copy service, hopefully by Wednesday.

  I am also writing to confirm that which was stated in your July 11, 2003 letter regarding the depositions of Messrs. Malkin and Rakitin. You confirmed in that letter that you will be unable to depose both witnesses in the offered period between Tuesday and Saturday of the week beginning July 28, due to "other commitments." As you will recall in my July 9 letter, I also inquired as to our desire to take the depositions of Sergey Zhigunov and the Corporate Designees of DS&S and SAIC, as scheduled. Please confirm your availability for those dates so that I can contact the deponents and make necessary arrangements.

491047.1



**1903**
OBER | KALER
*Forward thinking.* **2003**
*For the century ahead.*

Margaret A. Keeley, Esquire
July 14, 2003
Page 2

    I will respond to Ann Sagerson's July 3, 2003 letter regarding outstanding discovery disputes related to WSC's document production under separate cover. If you have any questions, please do not hesitate to give me a call.

                    Very truly yours,

                      Jesse B. Hammock

JBH:cld
cc:    Charles L. Simmons, Esquire (w/enclosures -- via hand delivery)
       John M. G. Murphy, Esquire (w/o enclosures

491047.1