IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUSSIAN RESEARCH CENTER** <br> **THE KURCHATOV INSTITUTE,** <br><br> Plaintiff, <br><br> v. <br><br> **WESTERN SERVICES CORP., et al.,** <br><br> Defendants and <br> Third-Party Plaintiff, <br><br> v. <br><br> **GSE SYSTEMS, INC.** <br><br> Third-Party <br> Defendants. | Case No.: AMD 02-3878 |

## ORDER

The matter came before the Court on defendant Western Services Corp.'s Motion for a Protective Order Against Abusive Third Party Discovery.

For good cause shown, and pursuant to Fed. R. Civ. P. 26, it is hereby **ORDERED** that defendant's motion is **GRANTED**, and Plaintiff Russian Research Center Kurchatov Institute ("Kurchatov") and third-party defendant GSE Systems, Inc. ("GSE") are hereby **DIRECTED** (i) to withdraw any pending subpoenas to non-party customers of Western and its prime contractor, Data Systems & Solutions LLC ("DS&S"), and (ii) to seek the consent of Western before serving any new discovery on non-party customers of Western or DS&S.  It is further **ORDERED**

that in the event that such consent is not forthcoming, Kurchatov and GSE shall not serve new discovery on such non-parties without obtaining an order of this Court permitting it to do so.  Such an order will be granted only upon a showing that the proposed discovery is relevant and necessary and could not be produced by Western or DS&S.

    **SO ORDERED**.


Entered: _____, 2003                                        _____
                                                                    United States District Judge