EXHIBIT 2

**George Utmel**

| | |
|---|---|
| **From:** | Ossama Ashy |
| **Sent:** | Thursday, June 05, 2003 1:43 PM |
| **To:** | George Utmel |
| **Subject:** | FW: Simport update |

```
-----Original Message-----
From: Richter, John L. [mailto:jlrichte@southernco.com]
Sent: Friday, December 06, 2002 9:47 AM
To: Balcerek; Oussama
Subject: FW: Simport update


Please reply ASAP!

-----Original Message-----
From: jody ryan [mailto:jryan@rnitech.com]
Sent: Friday, December 06, 2002 9:37 AM
To: 'Mark Krider'; Richter, John L.; dpgoodman@txu.com
Subject: Simport update


Hi Guys,
In late November Kurchatov Institute filed a lawsuit in the Federal Circuit Court in
Baltimore.  They are suing Western Services Corporation and others over SimPort. They are
asking that anyone who has received SimPort from Western Services or received it from
anyone associated with Western Services stop using SimPort and destroy all copies.
I do not know any more than this, and I am not a legal expert, so I have no advice or
opinions to offer.  I am sure that there is a way to get a copy of the filing, since it is
public, but I am not sure how to do it. Sorry to bring bad news during the holiday season.
Hope all of you had a great Thanksgiving, and hope you and your families have a wonderful
Christmas.
```

WSC 03167