LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARGARET A. KEELEY
(202) 434-5137
mkeeley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

July 8, 2003

*By Fax and FedEx*

John M. G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Charles L. Simmons, Jr., Esq.
Gorman and Williams
Two North Charles Street
Baltimore, MD 21201

Re:   *SimPort Litigation*

Dear Counsel:

In response to both KI's and GSE's first requests for the production of documents, enclosed please find three Confidential CDs bates numbered WSC 3169-3171. The CDs contain the portions of SimPort 1997 still in Western's custody and control, the first version of SimPort 2000 from the SeaBrook project, and the most recent version of SimPort 2000.

We have been trying to set up a conference call between all counsel in order to coordinate deposition dates, and to discuss the Motion to Compel with John pursuant to Local Rule 104(7), but with no success so far. Particularly given the need to also coordinate with the third-parties recently subpoenaed by Kurchatov, it is imperative that we find days when all counsel are available as soon as possible.

We are available to discuss dates any time this week, and suggest that you each e-mail your schedules so that we can find a mutually agreeable time to discuss these matters. To expedite that discussion, we provide the following calendar information, and urge you to do the same prior to the conference call:

WILLIAMS & CONNOLLY LLP

John M.G. Murphy, Esq.
Charles L. Simmons, Jr., Esq.
July 8, 2003
Page 2

| Available Dates | Unavailable Dates |
|---|---|
| July 30, 31; | Week of July 22; |
| Aug. 1 (short day); | July 29; |
| Week of Aug. 11; | Week of Aug. 4; |
| Week of Aug. 18; | Week of Aug. 25 |
| Most of Sept. | Sept. 1-3 |
|  | Sept. 11-12 |

We look forward to hearing from each of you soon.

Sincerely,

*Meg Keeley*

Margaret A. Keeley

Enclosure