IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>       Plaintiff,<br><br>  v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>       Defendants and<br>       Third-Party Plaintiff,<br><br>  v.<br><br>GSE SYSTEMS, INC.<br><br>       Third-Party<br>       Defendants. | Case No.: AMD 02-3878 |

## NOTICE OF SERVICE

I hereby certify that a copy of Western's Reply Memorandum in Support of its Motion to Compel the Depositions of Two Principal Officers of Plaintiff Kurchatov was sent to the following by facsimile and by FedEx on July 18, 2003:

       John M.G. Murphy, Esq.
       Ober, Kaler, Grimes & Shriver, P.C.
       120 East Baltimore Street
       Baltimore, MD 21202

Charles L. Simmons, Jr., Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____/s/_____
  Bruce R. Genderson (Bar No. 02427)
  Margaret A. Keeley (Bar No. 15654)
  Ann Sagerson (Bar No. 15821)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Western Services Corporation and George Utmel*

Dated: July 18, 2003