

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

MARGARET A. KEELEY
(202) 434-5137
mkeeley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 26, 2003

**By FedEx**

John M. G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Charles L. Simmons, Jr., Esq.
Gorman and Williams
Two North Charles Street
Baltimore, MD 21201

  *Re:* *SimPort Litigation*

Dear Counsel:

  Enclosed please find Notices of Deposition for Messrs. Shalya, Rakitin and Malkin. We have noticed the depositions for the dates of July 7, 14 and 16, and anticipate that each deposition will last two days. If either you or your clients are unavailable on these dates, please provide us alternative dates for the depositions, and we will do our best to accommodate your schedules.

        Sincerely,

        Meg Keeley
        Margaret A. Keeley

Enclosures

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER THE KURCHATOV INSTITUTE,<br><br>       Plaintiff,<br><br>  v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>       Defendants and<br>       Third-Party Plaintiff,<br>  v.<br><br>GSE SYSTEMS, INC.<br><br>       Third-Party<br>       Defendants. | Case No.: AMD 02-3878 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the attorneys for defendants WESTERN SERVICES CORPORATION AND GEORGE UTMEL (collectively "WSC") will, at the law firm of WILLIAMS & CONNOLLY LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, take the deposition upon oral examination of **Vadim Shalya**, before a court reporter authorized by law to take depositions, beginning at 9:00am on July 7, 2003 and continuing thereafter from day to day until completed.

This deposition is being taken for the purpose of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted

under the Federal Rules of Civil Procedure and Evidence and other applicable law.

The deposition will be recorded both by stenographic means and by video.

                                    Respectfully submitted,

                                    WILLIAMS & CONNOLLY LLP

                                    By:  /s/ Margaret A. Keeley
                                           Bruce R. Genderson (Bar No. 02427)
                                           Margaret A. Keeley (Bar No. 15654)
                                           Ann Sagerson

                                    725 Twelfth Street, N.W.
                                    Washington, D.C. 20005
                                    (202) 434-5000

                                    *Counsel for Western Services Corporation*
                                    *and George Utmel*

Dated: May 27, 2003

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Deposition of Vadim Shalya was served on the following by FedEx on May 27, 2003:

John M.G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, MD 21202

Charles L. Simmons, Jr., Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

*/s/ Margaret A. Keeley*
Margaret A. Keeley

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>　　　　　Defendants and<br>　　　　　Third-Party Plaintiff,<br>　v.<br><br>GSE SYSTEMS, INC.<br><br>　　　　　Third-Party<br>　　　　　Defendants. | Case No.: AMD 02-3878 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the attorneys for defendants WESTERN SERVICES CORPORATION AND GEORGE UTMEL (collectively "WSC") will, at the law firm of WILLIAMS & CONNOLLY LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, take the deposition upon oral examination of **Igor Rakitin**, before a court reporter authorized by law to take depositions, beginning at 9:00am on July 14, 2003 and continuing thereafter from day to day until completed.

This deposition is being taken for the purpose of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted

under the Federal Rules of Civil Procedure and Evidence and other applicable law. The deposition will be recorded both by stenographic means and by video.

                                Respectfully submitted,

                                WILLIAMS & CONNOLLY LLP

By: /s/ Margaret A. Keeley
      Bruce R. Genderson (Bar No. 02427)
      Margaret A. Keeley (Bar No. 15654)
      Ann Sagerson

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Western Services Corporation and George Utmel*

Dated: May 27, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition of Igor Rakitin was served on the following by FedEx on May 27, 2003:

John M.G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, MD 21202

Charles L. Simmons, Jr., Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

Margaret A. Keeley

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>        Plaintiff,<br><br>v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>        Defendants and<br>        Third-Party Plaintiff,<br>v.<br><br>GSE SYSTEMS, INC.<br><br>        Third-Party<br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: AMD 02-3878 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the attorneys for defendants WESTERN SERVICES CORPORATION AND GEORGE UTMEL (collectively "WSC") will, at the law firm of WILLIAMS & CONNOLLY LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, take the deposition upon oral examination of **Semen Malkin**, before a court reporter authorized by law to take depositions, beginning at 9:00am on July 16, 2003 and continuing thereafter from day to day until completed.

This deposition is being taken for the purpose of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted

under the Federal Rules of Civil Procedure and Evidence and other applicable law.

The deposition will be recorded both by stenographic means and by video.

> Respectfully submitted,
>
> WILLIAMS & CONNOLLY LLP
>
> By: *Margaret A Keeley*
> Bruce R. Genderson (Bar No. 02427)
> Margaret A. Keeley (Bar No. 15654)
> Ann Sagerson
>
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
> (202) 434-5000
>
> *Counsel for Western Services Corporation and George Utmel*

Dated: May 27, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Deposition of Semen Malkin was served on the following by FedEx on May 27, 2003:

>John M.G. Murphy, Esq.
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, MD 21202
>
>Charles L. Simmons, Jr., Esq.
>Gorman & Williams
>Two North Charles Street
>Suite 750
>Baltimore, MD 21201

*Margaret A. Keeley*
Margaret A. Keeley