EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE<br>    Plaintiff and<br>    Counter Defendant,<br><br>vs.<br><br>WESTERN SERVICES CORPORATION,<br>    <u>et al.</u><br>    Defendants and<br>    Counter Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: AMD 02 CV3878<br>)<br>) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to the provisions of the Federal Rules, Plaintiff and Counter Defendant Russian Research Center, The Kurchatov Institute ("KI"), by its undersigned attorneys, will take the deposition upon oral examination of the following named person at the date, time and place indicated below. The deposition will continue from time to time until completed.

    NAME:    Guia Outmelidze (aka George Utmel)
                 President Western Services Corporation
                 5705 Industry Lane
                 Frederick, Maryland 21704

    DATE:    August 14, 2003
    TIME:    9:30 a.m.
    PLACE:   Law Offices of Ober, Kaler, Grimes & Shriver
                 A Professional Corporation
               120 East Baltimore Street, 8th fl.
               Baltimore, MD 21202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June, 2003, a copy of the foregoing was faxed and sent via Federal Express to:

>Bruce R. Genderson, Esq.
>Margaret A. Keeley, Esq.
>Ann Sagerson, Esq.
>Williams & Connolly
>725 Twelfth St., N.W.
>Washington, DC 20005
>
>Attorneys for Defendants and Counter Plaintiffs
>Western Services Corporation and George Utmel

And by first class mail to:

>Francis J. Gorman, Esq.
>Charles L. Simmons, Esq.
>Michael S. Yang, Esq.
>Gorman and Williams
>Two North Charles Street
>Baltimore, Maryland 21201
>
>Attorneys for Counter Defendant
>GSE Systems, Inc.



John M.G. Murphy

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF ____Maryland____

Russian Research Center
The Kurchatov Institute

**SUBPOENA IN A CIVIL CASE**

V.

Western Services Corporation

CASE NUMBER: AMD 02 CV 3878
(Pending in the United States
 District Court for the District
 of Maryland)

TO:
Konstantin Yakovlev
Western Services Corporation
5705 Industry Lane
Frederick, MD  21704

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| PLEASE SEE ATTACHED NOTICE OF DEPOSITION | PLEASE SEE ATTACHED NOTICE OF DEPOSITION |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD  21202-1643 | 8/12/03  9:30 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/19/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John M.G. Murphy, Esq., Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, Baltimore, MD 21202-1643    410-347-7334

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)