O B E R | K A L E R
A Professional Corporation

EXHIBIT
10
_____

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Offices In**
Maryland
Washington, D.C.
Virginia

July 1, 2003

## VIA FACSIMILE (202-434-5029) AND FIRST CLASS MAIL

Margaret A. Keeley, Esquire
Williams & Connolly
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

      Re:    *Kurchatov v. Western Services Corporation, et al.*
             In the United States District Court for the District of Maryland
             Case No. AMD 02 CV3878

Dear Meg:

      In response to your letter of this morning concerning missing documents, the following documents are not in the box we received: WSC 2811E – 2822E; WSC 2824E – 2830E; WSC 2833E – 2850E. Our mail room confirms that they did receive 2 boxes of documents, but I only received one. It's possible that they consolidated the documents in both boxes into one, or that one got lost in transit from the 8th floor to the 12th floor. Regardless, we are missing these documents, and I appreciate your offer to resupply them to us.

      On other matters, as to the depositions of Malkin and Rakitin, you asked that I confirm four dates in July when the parties are available if Judge Davis were to grant your relief. As it stands, there are no four consecutive days during which the depositions can take place, but as an offer of compromise, we would be willing to extend the time for the depositions to a day and a half a piece to cover Tuesday, July 29 through Friday, August 1. Please let me know if you find this compromise agreeable.

      I look forward to hearing from you shortly.

             Very truly yours,

             Jesse B. Hammock

JBH:cld
cc:    John M.G. Murphy, Esquire
      Charles L. Simmons, Esquire (via facsimile)

**1903**
OBER KALER
*Forward thinking.* **2003**
*For the century ahead.*

488561.1