**EXHIBIT 12**

## Keeley, Meg

**From:** Hammock, Jesse B. [jbhammock@ober.com]
**Sent:** Saturday, June 28, 2003 10:47 AM
**To:** Keeley, Meg
**Cc:** 'clsimmons@gandwlaw.com'
**Subject:** Deposition update and other issues

Meg:

By way of an update, Prof. Malkin and Dr. Rakitin are on vacation, visiting family in the U.S., and will not return to their offices until July 1. Therefore, I will not be able to confirm whether the deposition dates in July that we discussed are agreeable or not.

On another matter, I have recently spoken with some of the power plants regarding production of their copies of the SimPort software. So that there are no problems presented by this production, they are interested in some agreement from us (KI, WSC and GSE) that their submission of their copy, in addition to being protected by a confidentiality agreement, will not be protested by us. I believe such an agreement is acceptable and would like your input.

Thanks,
Jesse