IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>    Plaintiff,<br><br> v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>    Defendants and<br>    Third-Party Plaintiff,<br><br> v.<br><br>GSE SYSTEMS, INC.<br><br>    Third-Party<br>    Defendants. | Case No.: AMD 02-3878 |

**Local Rule 104.7 Certification**

  I, Margaret A. Keeley, certify that subsequent to the serving of Western's Motion to Compel, Kurchatov produced an electronic version of SimPort, and agreed to produce all versions of the software electronically by the end of July 2003. Kurchatov also produced the requested documents concerning the legal relationship between Kurchatov and InterDUM and the authorization for Kurchatov to bring this lawsuit.

  I further certify that on or about July 14, 2003 John Murphy, counsel for Kurchatov, and I conferred by telephone concerning the remaining issue of Messrs. Malkin's and Rakitin's depositions. Mr. Murphy offered to make the witnesses available for a total of five days of deposition. I agreed to that offer, but explained I needed actual

dates. Mr. Murphy stated that his law firm would provide dates to us. Instead, we received Kurchatov's Opposition on July 17, 2003.

      I, Margaret A. Keeley, spoke with Jesse Hammock, also counsel for Kurchatov, on July 18, 2003 to attempt once again to resolve the issue of these deposition dates, but Mr. Hammock did not have any firm dates to offer.

_____/s/_____
Margaret A. Keeley