IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER, <br> THE KURCHATOV INSTITUTE <br><br>     Plaintiff, <br><br> vs. <br><br> WESTERN SERVICES CORPORATION, <br>     *et al.* <br><br>     Defendant, | Case No.: 02CV3878 |

## REQUEST FOR HEARING

Plaintiff Russian Research Center, The Kurchatov Institute, by its undersigned counsel and pursuant to Local Rule 105.6, respectfully requests a hearing on the Defendant's Motion to Compel. The undersigned believes that this dispute is resolvable, and should have been resolved between counsel without the Court's involvement, but now would greatly benefit from the reasoned guidance of a Magistrate Judge to resolve the dispute in a way that is fair to the witnesses involved.

724925.1

Respectfully submitted,

_____/s/_____
John M.G. Murphy
Federal Bar No.03811
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
410-685-1120
410-547-0699 (fax)

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2003, a copy of the foregoing Request for Hearing was sent via facsimile and Federal Express to:

    Margaret A. Keeley, Esquire
    Williams & Connolly
    725 Twelfth St., N.W.
    Washington, DC 20005-5901

    Attorneys for Defendants

And via hand delivery to:

    Frank J. Gorman, Esq.
    Charles L. Simmons, Esq.
    Gorman & Williams
    Two North Charles Street
    Baltimore, MD 21201

    Counsel for Counter-Defendant
    GSE Systems, Inc.

_____/s/_____
John M.G. Murphy