IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>      Plaintiff,<br><br>  v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>      Defendants and<br>      Third-Party Plaintiff,<br>  v.<br><br>GSE SYSTEMS, INC.<br><br>      Third-Party<br>      Defendants. | Case No.: AMD 02-3878 |

**MOTION TO WITHDRAW WESTERN'S MOTION TO
COMPEL FILED JULY 2, 2003**

      Subsequent to the completion of the briefing of this matter, Kurchatov offered 5 firm days in the month of September when Messrs. Malkin and Rakitin would be available for deposition, and Western has accepted this offer. The parties' agreement obviates the need for the Court's intervention in this matter, and thus Western respectfully moves to withdraw the Motion to Compel it served on July 2, 2003.

          Respectfully submitted,

          WILLIAMS & CONNOLLY LLP


By: _____
      Bruce R. Genderson (Bar No. 02427)
      Margaret A. Keeley (Bar No. 15654)
      Ann Sagerson (Bar No. 15821)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Western Services Corporation and George Utmel*

Dated: July 18, 2003