

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Jesse B. Hammock**
jbhammock@ober.com
410-347-7664

**Offices In**
Maryland
Washington, D.C.
Virginia

July 25, 2003

VIA FEDERAL EXPRESS

Wm. Stephen Boyd, Esq.
Hunton & Williams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201-3402

Dear Mr. Boyd:

Enclosed you will find a copy of the most recently Amended Complaint filed by the Kurchatov Institute against Western Services Corporation and George Utmel. If I can answer any more questions, please don't hesitate to give me a call. I look forward to hearing from you or your partner, John Pinkerton regarding the production we discussed in our telephone call on July 25, 2003.

Thank you for your attention to this matter.

Very truly yours,

Jesse B. Hammock

JBH/lb
Enclosure
Cc:   John M. G. Murphy
      Charles L. Simmons
      Francis Gorman

491981.1

