

**NORTHROP GRUMMAN**
*Newport News*

Northrop Grumman Corporation
**Newport News**
4101 Washington Avenue
Newport News, VA 23607

Telephone 757-380-2000

July 11, 2003

**VIA FEDERAL EXPRESS**

Jesse Hammock, Esquire
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, Maryland 21202-1643

Re:    Subpoena to Newport News Shipbuilding, received on 6-4-03, in the matter of Russian Research Center The Kurchatov Institute v. Western Services Corporation, Civil Case No. AMD 02 CV 3878, U.S. District Court, District of Maryland

Dear Mr. Hammock:

Pursuant to the above-referenced subpoena and in accordance with our agreement, enclosed are responsive records from Northrop Grumman Newport News. If we find other records that are responsive, they will be mailed to you as soon as possible.

The charge for the requested records is $147.50 ($10.00 search fee, 50 cents per page for the first 50 pages and 25 cents per page for any pages thereafter). Please make your check payable to Newport News Shipbuilding and forward it to my attention at the above address.

Very truly yours,

Ann L. Pharr
Senior Counsel

Enclosures

Copy w/out Enclosures:
Office of the Clerk
U.S. District Court
Eastern District of Virginia
600 Granby Street, Room 193B
Norfolk, VA 23510



NN 20 (Rev. 1)