IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER,<br>THE KURCHATOV INSTITUTE<br><br>     Plaintiff,<br><br>  vs.<br><br>WESTERN SERVICES CORPORATION,<br>  *et al.*<br><br>     Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:   02CV3878<br>)<br>)<br>)<br>)<br>) |

### Notice of Service

**I HEREBY CERTIFY** that a copy of Russian Research Center, The Kurchatov Institute's Motion To Compel the Defendants To Produce All Software And Outstanding Documents In Their Custody And Control, and a copy of the memorandum in support, were sent to the following via e-mail on August 4th, 2003:

   Bruce R. Genderson, Esquire
   Margaret A. Keeley, Esquire
   Ann Sagerson, Esquire
   Williams & Connolly
   725 Twelfth St., N.W.
   Washington, DC 20005-5901

   Counsel for Western Services Corporation and
   George Utmel

   Charles L. Simmons, Jr., Esquire
   Gorman & Williams
   Two North Charles Street
   Suite 750
   Baltimore, Maryland  21201

   Counsel for GSE Systems

725992

        Respectfully submitted,

        _____/s/_____
        John M.G. Murphy
        Federal Bar No. 03811
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        410-685-1120
        410-547-0699 (fax)

        Attorneys for Plaintiff

725992