IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER,<br>THE KURCHATOV INSTITUTE<br><br>      Plaintiff,<br><br>  vs.<br><br>WESTERN SERVICES CORPORATION,<br>    *et al.*<br><br>      Defendant, | Case No.:  02CV3878 |

**PLAINTIFF'S MOTION TO COMPEL THE DEFENDANTS TO PRODUCE ALL SOFTWARE AND OUTSTANDING DOCUMENTS IN THEIR CUSTODY AND CONTROL**

Plaintiff Russian Research Center, The Kurchatov Institute ("KI"), by its undersigned attorneys, pursuant to Federal Rule 37(a) and Local Rule 104, hereby files this Motion to Compel, requesting that the Court order the Defendants and Counter-Plaintiffs George Utmel ("Utmel") and Western Services Corporation's ("WSC") to produce computer code and the other documents and items sought but not produced in discovery, as set forth in, and for the grounds stated in, KI's attached Memorandum In Support of Motion to Compel.

725988

        Respectfully submitted,


        _____/s/_____
        John M.G. Murphy
        Federal Bar No. 03811
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        410-685-1120
        410-547-0699 (fax)

        Attorneys for Plaintiff

725988