IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER, <br> THE KURCHATOV INSTITUTE <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN SERVICES CORPORATION, <br> *et al.* <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 02CV3878 <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

UPON CONSIDERATION of the Motion to Compel previously filed herein by Plaintiff Russian Research Center, The Kurchatov Institute ("KI"), and the grounds and authorities in support thereof and in opposition thereto, it is this \_\_\_\_\_ day of _____, 2003, by the United States District Court for Maryland, hereby

**ORDERED** that the Motion is **GRANTED**; and

IT IS **FURTHER ORDERED** that Defendants Western Services Corporation ("WSC") and George Utmel ("Utmel") shall produce all documents and computer code responsive to KI's previously filed Request for Production of Documents within ten days of the date of this Order;

725990

**AND IT IS FURTHER ORDERED** that WSC and Utmel shall pay KI the reasonable costs of pursuing his Motion to Compel, which amount shall be supported by Affidavit to be filed by KI's counsel within ten days of the date hereof.

_____
Andre M. Davis
United States District Judge

725990