IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER, <br> THE KURCHATOV INSTITUTE <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN SERVICES CORPORATION, <br> *et al.* <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.:  02CV3878 <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit A, which is an attachment to Plaintiff's Motion to Compel the Defendants to Produce All Software and Outstanding Documents in Their Custody and Control exists only in paper format and if scanned will be fifteen pages or more in length. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____/s/_____
John M.G. Murphy
Federal Bar No. 03811
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
410-685-1120
410-547-0699 (fax)

Attorneys for Plaintiff