IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RUSSIAN RESEARCH CENTER,           )
THE KURCHATOV INSTITUTE            )
                                   )
          Plaintiff,                    )
                                   )
     vs.                           )
                                   )      Case No.:   02CV3878
WESTERN SERVICES CORPORATION,           )
*et al.*                             )
                                   )
Defendant,                              )

## CERTIFICATE OF SERVICE

     I hereby certify that on August 5, 2003 a copy of the
Notice of Lengthy Filing of Exhibit and Exhibit A, which was
electronically filed in this case on August 4, 2003, was
delivered to the following via facsimile on August 5th, 2003:

     Bruce R. Genderson, Esquire
     Margaret A. Keeley, Esquire
     Ann Sagerson, Esquire
     Williams & Connolly
     725 Twelfth St., N.W.
     Washington, DC 20005-5901
     Counsel for Western Services Corporation and
     George Utmel

and delivered by hand-delivery to the following:

     Charles L. Simmons, Jr., Esquire
     Gorman & Williams
     Two North Charles Street
     Suite 750
     Baltimore, Maryland  21201
     Counsel for GSE Systems

                         Respectfully submitted,

                         /s/ _____
                         John M.G. Murphy
                         Federal Bar No. 03811
                         Ober, Kaler, Grimes & Shriver
                         A Professional Corporation
                         120 East Baltimore Street
                         Baltimore, Maryland 21202-1643
                         410-685-1120
                         410-547-0699 (fax)

Attorneys for Plaintiff