FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 AUG 11  P 3: 4

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER ) <br> THE KURCHATOV INSTITUTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTERN SERVICES CORP., et al., ) <br> ) <br> Defendants and ) <br> Third-Party Plaintiff, ) <br> v. ) <br> ) <br> GSE SYSTEMS, INC. ) <br> ) <br> Third-Party ) <br> Defendants. ) <br> ) | Case No.: AMD 02-3878 |

**MOTION OF DEFENDANT WESTERN SERVICES CORPORATION
TO SEAL THE ATTACHED REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR A PROTECTIVE ORDER AGAINST ABUSIVE THIRD
PARTY DISCOVERY**

Defendant Western Services Corporation, through undersigned counsel, respectfully moves the Court to seal his Reply Memorandum in Support of its Motion for a Protective Order Against Abusive Third Party Discovery

Western Services Corporation would prefer to file the attached reply memorandum in the public record. However, the reply memorandum quotes from and attaches documents designated by GSE Systems, Inc. as "Confidential" under the

Protective Order of Confidentiality entered by this Court. The Protective Order is designed to protect the public disclosure of the parties' trade secrets or other confidential research, development, or commercial information, including but not limited to computer programming source code.

A sealing envelope containing the reply memorandum at issue is attached

## CONCLUSION

For the foregoing reasons, Western Services Corporation respectfully requests that its reply memorandum be sealed

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Margaret A Keeley*
Bruce R. Genderson (Bar No. 02427)
Margaret A. Keeley (Bar No. 15654)
Ann Sagerson (Bar No. 15821)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Western Services Corporation and George Utmel*

Dated: August 11, 2003

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Seal Reply Memorandum in Support of Motion for a Protective Order Against Abusive Third-Party Discovery was served on the following by FedEx on August 11, 2003:

> John M.G. Murphy, Esq.
> Ober, Kaler, Grimes & Shriver, P.C.
> 120 East Baltimore Street
> Baltimore, MD 21202
>
> Francis J. Gorman, Esq.
> Gorman & Williams
> Two North Charles Street
> Suite 750
> Baltimore, MD 21201

*/s/ Margaret A. Keeley*
Margaret A. Keeley