# *FILED SEPARATELY SHEET*

Civil Docket No.  AMD-02-3878

Criminal Docket No.

## *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:
- ☒ Sealed  Reply Memorandum in support of motion for protective order against abusive third party discovery
- ☐ Transcript of Proceedings before the Court on
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☐ Other __

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.