IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RUSSIAN RESEARCH CENTER, <br> THE KURCHATOV INSTITUTE <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN SERVICES CORPORATION, <br> *et al.* <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 02CV3878 <br> ) <br> ) <br> ) <br> ) <br> ) |

**REQUEST FOR HEARING**

    Plaintiff Russian Research Center, The Kurchatov Institute, by its undersigned counsel and pursuant to Local Rule 105.6, respectfully requests a hearing on the Defendant's Motion for Protective Order.  The undersigned believes that this dispute is resolvable, and should have been resolved between counsel without the Court's involvement, but now would greatly benefit from the reasoned guidance of a Magistrate Judge to resolve the dispute in a way that is fair to the parties and third parties involved.

495318.1

        Respectfully submitted,


        /s/John M.G. Murphy_____
        John M.G. Murphy
        Federal Bar No.03811
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        410-685-1120
        410-547-0699 (fax)

        Attorneys for Plaintiff

495318.1