## Keeley, Meg

| | |
|---|---|
| **From:** | Hammock, Jesse B. [jbhammock@ober.com] |
| **Sent:** | Friday, July 18, 2003 2:28 PM |
| **To:** | Keeley, Meg |
| **Subject:** | RE: KI v. Western |

Meg:
I received confirmation today that September 14 through the 28th are acceptable for both Dr. Rakitin and Prof. Malkin; I am still waiting to hear about the 8th through the 12th. Please confirm which five days you would like to schedule the depositions for and I will confirm with our client. Also, we need to discuss pre-payment of appropriate travel accommodations for the 14-plus hour flight from Moscow.
Thanks,
Jesse



DEFENDANT'S EXHIBIT A

8/13/2003