IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER ) <br> THE KURCHATOV INSTITUTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTERN SERVICES CORP., et al., ) <br> ) <br> Defendants and ) <br> Third-Party Plaintiff, ) <br> v. ) <br> ) <br> GSE SYSTEMS, INC. ) <br> ) <br> Third-Party ) <br> Defendants. ) | Case No.: AMD 02-3878 |

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the attorneys for defendants WESTERN SERVICES CORPORATION AND GEORGE UTMEL (collectively "Western") will, at the law firm of OBER, KALER, GRIMES & SHRIVER, 120 East Baltimore St, Baltimore, Maryland, 21202, take the deposition upon oral examination of **Semen Malkin**, before a court reporter authorized by law to take depositions, beginning at 9:00am on September 15, 2003 and continuing thereafter from day to day until completed.

This deposition is being taken for the purpose of discovery, for use as evidence, for use at trial, and for such other uses and purposes as are permitted



DEFENDANT'S
EXHIBIT
B

under the Federal Rules of Civil Procedure and Evidence and other applicable law. The deposition will be recorded both by stenographic means and by video.

                    Respectfully submitted,

                    WILLIAMS & CONNOLLY LLP

                    By: *Margaret A Keeley*
                    Bruce R. Genderson (Bar No. 02427)
                    Margaret A. Keeley (Bar No. 15654)
                    Ann Sagerson

                    725 Twelfth Street, N.W.
                    Washington, D.C. 20005
                    (202) 434-5000

                    *Counsel for Western Services Corporation and George Utmel*

Dated: July 21, 2003

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Amended Notice of Deposition of Semen Malkin was served on the following by First Class Mail on July 21, 2003:

>John M.G. Murphy, Esq.
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, MD 21202
>
>Charles L. Simmons, Jr., Esq.
>Gorman & Williams
>Two North Charles Street
>Suite 750
>Baltimore, MD 21201

Margaret A. Keeley