**Keeley, Meg**

---

**From:** Murphy, John [jmmurphy@ober.com]
**Sent:** Monday, August 04, 2003 5:45 PM
**To:** Keeley, Meg
**Cc:** Hammock, Jesse B.
**Subject:** KI/WSC

Meg:

I am not sure what you refer to in your August 4 letter, but it does not sound like anything that makes any practical difference. I have not changed anything. I am telling you that Dr. Rakitin and Professor Malkin will be available for you to depose on Tuesday, September 16. Please let me know which you intend to depose first. Thank you.

**John M.G. Murphy**
**Attorney**
410-347-7334
jmmurphy@ober.com



OBER|KALER
Attorneys at Law
www.ober.com
410-547-0699 -- Fax
120 East Baltimore Street
Baltimore, Maryland 21202



DEFENDANT'S EXHIBIT D

8/13/2003