# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, MD 21136

(410) 282-7000  Fax (410) 823-3299

## Affidavit of Non-Service

U. S. District Court District of Maryland

Case #  AMD 02 CV 3878

Case  Russian Research Center The Kurchatov Institute

vs.

Western Services Corporation

The undersigned hereby certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

I attempted to serve Steve Freel

at 12100 Sunset Hills Rd, Suite 310 Reston, VA 21090 with:

- ☐ Writ of Summons
- ☐ Complaint
- ☐ Amended Complaint
- ☐ Interrogatories
- ☑ Subpoena
- ☑ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☐ Supporting Documents
- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

I was unable to serve Steve Freel becasue:
The subject has not worked for the company at the provided address for over 3 years.

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 8/5/2003

_____
Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.

_____
Michael F. Stern
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires 02/01/07