IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>   Plaintiff,<br><br> v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>   Defendants and<br>   Third-Party Plaintiff,<br><br> v.<br><br>GSE SYSTEMS, INC.<br><br>   Third-Party<br>   Defendants. | Case No.: AMD 02-3878 |

## NOTICE OF SERVICE

  I hereby certify that a copy of Western Service Corporation's Opposition to Plaintiff's Motion to Compel, attached hereto, was served both electronically and by first class mail upon:

    John M.G. Murphy, Esq.
    Ober, Kaler, Grimes & Shriver, P.C.
    120 East Baltimore Street
    Baltimore, MD 21202

        Francis J. Gorman, Esq.
        Gorman & Williams
        Two North Charles Street
        Suite 750
        Baltimore, MD 21201


                Respectfully submitted,

                WILLIAMS & CONNOLLY LLP


                By:    _____/s/_____
                      Bruce R. Genderson (Bar No. 02427)
                      Margaret A. Keeley (Bar No. 15654)
                      Ann Sagerson (Bar No. 15821)

        725 Twelfth Street, N.W.
        Washington, D.C.  20005
        (202) 434-5000

        *Counsel for Western Services Corporation and George Utmel*

Dated: August 18, 2003