**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

August 20, 2003

MEMORANDUM TO COUNSEL RE:

Russian Research Center, etc. v. Western Services Corp.
Civil No. AMD 02-3878

    I very much regret, as I suspect do you, that this case has so quickly descended into the kind of heated-rhetoric-personal-attack kind of litigation that is the shame of our profession. Nevertheless, I intend to continue to superintend the on-going discovery disputes that seem to be on the horizon, and I do not intend to refer discovery disputes to a magistrate judge.

    In any event, having carefully reviewed the briefing on the motion for a protective order, I am satisfied that the motion should be and hereby is DENIED. The utter absence of any analysis in *Joy Techs., Inc. v. Flakt*, 772 F.Supp. 842 (D.Del. 1991), as to why standing should be afforded to a party/litigant to challenge third party discovery simply because the recipient of such discovery is a customer of the party robs that opinion of any claim to status as substantial persuasive authority and I decline to follow it in this case.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt