IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RUSSIAN RESEARCH CENTER,<br>THE KURCHATOV INSTITUTE<br><br>      Plaintiff,<br><br>  vs.<br><br>WESTERN SERVICES CORPORATION,<br>    *et al.*<br><br>      Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:  02CV3878<br>)<br>)<br>)<br>)<br>) |

## Notice of Service

**I HEREBY CERTIFY** that a copy of Russian Research Center, The Kurchatov Institute's Reply to Defendants' Opposition to Plaintiff's Motion to Compel, was sent to the following via e-mail on August 29th, 2003:

    Bruce R. Genderson, Esquire
    Margaret A. Keeley, Esquire
    Ann Sagerson, Esquire
    Williams & Connolly
    725 Twelfth St., N.W.
    Washington, DC 20005-5901

    Counsel for Western Services Corporation and
    George Utmel

    Charles L. Simmons, Jr., Esquire
    Gorman & Williams
    Two North Charles Street
    Suite 750
    Baltimore, Maryland  21201

    Counsel for GSE Systems

725992

        Respectfully submitted,


        _____/s/_____
        John M.G. Murphy
        Federal Bar No. 03811
        Ober, Kaler, Grimes & Shriver
        A Professional Corporation
        120 East Baltimore Street
        Baltimore, Maryland 21202-1643
        410-685-1120
        410-547-0699 (fax)

        Attorneys for Plaintiff

725992