**Brown**
**Goldstein**
**Levy** LLP

E-Mail: dfg@browngold.com

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel:  410 962-1030
Fax: 410 385-0869
www.browngold.com

September 16, 2003

Honorable Andre M. Davis
United States District Court
101 W. Lombard Street
Suite 520
Baltimore, Maryland  21201-2605

Re:    Russian Research v. Western Services, et al
       Case No.: 02-cv-3878

       and

       Russian Research Center The Kurchatov Institute v. Science Applications
       International Corporation, et al.
       Case No.: 03-cv-2340

Dear Judge Davis:

On behalf of defendants Science Applications International Corporation and Data Systems and Solutions, I have today submitted a motion to consolidate the above-captioned case with the action brought by the plaintiff, Russian Research Center, the Kurchatov Institute against Western Services Corporation, Case No. AMD 02 CV 3878, but to stay the latter action for sixty days.  Because discovery is rushing forward headlong in that case in ways that could affect our defense, we would ask the Court to resolve the motion at its earliest convenience.

Thank you for your attention to this matter.

Very truly yours,

/s/
Daniel F. Goldstein

DFG/tt

cc:    John M.G. Murphy, Esq.
       Bruce R. Genderson, Esq.
       Joseph M. Beck, Esq.
       Peter M. Boyle, Esq.
       Michael B. Lachuk, Esq.