**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

September 16, 2003

MEMORANDUM TO COUNSEL RE:

Russian Research Center, etc. v. Western Services Corp.
Civil No. AMD 02-3878

Russian Research Center, etc. v. Science Applications International Corp.
Civil No. AMD 03-2340

    I am not persuaded to consolidate these cases. The case management order in no. AMD 02-3878 was carefully fashioned by counsel in that case and I intend to adhere to that schedule. I do not know why plaintiff elected to delay the second action, but it is a decision it had every right to make. Of course, to the extent the parties in AMD 02-3878 consent to the participation by counsel for SAICA/DS&S in any on-going discovery in AMD 02-3878, I certainly have no objection to such an arrangement.

    The "Motion to Stay and Consolidate" is in each case DENIED.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt