**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

September 21, 2003

MEMORANDUM TO COUNSEL RE:

Russian Research Center, etc. v. Western Services Corp.
Civil No. AMD 02-3878

    I understand that a telephone inquiry has been made to my chambers as to the motion to compel. The motion to compel has not been filed of record. *See* Electronic Filing Requirements and Procedures, at 30-33, and in particular Appendix D.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt