Margaret A. Keeley
(202) 434-5137
FAX (202) 434-5029
mkeeley@wc.com

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C.  20005-5901

September 24, 2003

<u>By Electronic Filing</u>
The Honorable Andre M. Davis
United States District Judge
United States Court for the District of Maryland
Garmatz Courthouse
101 W Lombard St., Room 530
Baltimore, MD 21201

> *Re: Russian Research Center, The Kurchatov Institute v.*
> *Western Services Corp., et al., No. AMD 02-3878*

Dear Judge Davis:

            We respectfully request that the Court refrain from deciding
Kurchatov's Motion to Compel until the parties have had the opportunity to meet
and confer pursuant to Local Rule 104.8(b).  The parties could not resolve all issues
prior to Western Services Corporation filing its Opposition, but we remain hopeful
that many, if not all, the issues can be resolved now that Kurchatov's motion is fully
briefed.  We have asked Kurchatov's counsel for the opportunity to engage in such a
meet and confer, and believe it would be premature for the Court to decide the
Motion prior to the parties attempting to resolve the outstanding issues pursuant to
the Local Rules.

                              Very truly yours,

                              /s/

                              Margaret A. Keeley

cc:    John M.G. Murphy, Esq.
       Charles Simmons, Esq.