Margaret A. Keeley
(202) 434-5137
FAX (202) 434-5029
mkeeley@wc.com

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C.  20005-5901

October 1, 2003

<u>By Electronic Filing</u>
The Honorable Andre M. Davis
United States District Judge
United States Court for the District of Maryland
Garmatz Courthouse
101 W Lombard St., Room 530
Baltimore, MD 21201

> *Re: Russian Research Center, The Kurchatov Institute v.*
> *Western Services Corp., et al., No. AMD 02-3878*

Dear Judge Davis:

    We respectfully write to clarify that it is Western's position that counsels' recent conference regarding Kurchatov's motion to compel, referred to in Mr. Murphy's letter to the Court earlier today, rendered the motion moot.  As explained in Western's Opposition, the remaining requests identified in Kurchatov's September 24, 2003 certificate to this Court address either (1) documents that do not exist, or (2) documents that Western appropriately objected to producing, and that Kurchatov stipulated in its Reply that it was not seeking.  <u>See</u> Kurchatov Reply at 5.

                Respectfully submitted,

                    /s/

                Margaret A. Keeley

cc:    John M.G. Murphy, Esq.
       Charles Simmons, Esq.