## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>       Plaintiff,<br><br>  v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>       Defendants and<br>       Third-Party Plaintiff,<br><br>  v.<br><br>GSE SYSTEMS, INC.<br><br>       Third-Party<br>       Defendants. | **Case No.: AMD 02-3878** |

## NOTICE OF SERVICE

I hereby certify that a copy of Western Service Corporation's Opposition to Third-Party Defendant's Motion to Compel, attached hereto, was served both electronically and by first class mail upon:

>Francis J. Gorman, Esq.
>Gorman & Williams
>Two North Charles Street
>Suite 750
>Baltimore, MD 21201

John M.G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, MD 21202


Respectfully submitted,

WILLIAMS & CONNOLLY LLP


By: _____/s/_____
    Bruce R. Genderson (Bar No. 02427)
    George A. Borden
    Margaret A. Keeley (Bar No. 15654)
    Ann Sagerson (Bar No. 15821)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Western Services Corporation and George Utmel*

Dated: October 20, 2003