IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

RUSSIAN RESEARCH CENTER       *
THE KURCHATOV INSTITUTE,

           *

     Plaintiff/Counterclaim Defendant,

           *

v.

           *

WESTERN SERVICES CORP., et al.,

           *

     Defendant/Counterclaim Plaintiff/
     Third Party Plaintiff,        *     Civil Action No.:

v.            *    AMD 02-3878

GSE SYSTEMS, INC.,         *

     Third Party Defendant.      *

*    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF SERVICE OF GSE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WSC

I hereby certify that a copy of GSE's Motion To Compel Production Of Documents By WSC In Response To GSE's Second Request For Production Of Documents was served by fax and by first class mail on October 1, 2003, upon:

     Bruce R. Genderson, Esq.
     Margaret A. Keeley, Esq.
     Ann Sagerson, Esq.
     Williams & Connolly, LLP
     725 Twelfth Street, N.W.
     Washington, D.C. 20005
     (202) 434-5000
     Counsel for Western Services
     Corporation and George Utmel

        and

1

John M.G. Murphy, Esq.
E. Scott Johnson, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, MD 21202
(410) 685-1120
Counsel for Russian Research Center
The Kurchatov Institute

A copy of GSE's Motion and the Memorandum In Support is attached to this Notice.

_____/s/_____
Francis J. Gorman, P.C.
Federal Bar No. 00069
Charles L. Simmons Jr., P.C.
Federal Bar No. 024278
Michael S. Yang
Federal Bar No. 025951
GORMAN & WILLIAMS
Two North Charles Street
Baltimore, Maryland 21201
410-528-0600
410-528-0602 (facsimile)

Attorneys for Third Party
Defendant GSE Systems, Inc.

Dated:  October 27, 2003

2

U:\CLIENT\BAESystems\Pleadings\Notice.ServiceOf.GSEMotionToCompel.10.03.doc