Sagerson, Ann

| | |
|---|---|
| **From:** | Sagerson, Ann |
| **Sent:** | Wednesday, November 05, 2003 6:57 PM |
| **To:** | Charles L. Simmons Jr. (Charlie) (CLSimmons@GandWLaw.com); Francis Joseph Gorman (Frank) (FJGorman@GandWLaw.com); Jesse B. Hammock (jbhammock@ober.com); Murphy, John |
| **Subject:** | Expert Report |

Dear Counsel:

Please be advised that the expert report by Richard Clark which we submitted to you on Monday, November 3, 2003 should be designated "Confidential" under the protective order.

Regards,
Ann

1