IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>    Plaintiff,<br><br> v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>    Defendants and<br>    Third-Party Plaintiff,<br><br> v.<br><br>GSE SYSTEMS, INC.<br><br>    Third-Party<br>    Defendants. | Case No.: AMD 02-3878 |

## ORDER

The matter came before the Court on defendant/third-party plaintiff Western Services Corp.'s Motion to Preserve the Confidential Designation of Richard D. Clark's Report.

For good cause shown, and pursuant to Fed. R. Civ. P. 26(c), it is hereby **ORDERED** that defendant's motion is **GRANTED**, and plaintiff Russian Research Center Kurchatov Institute ("Kurchatov") and third-party defendant GSE Systems, Inc. ("GSE") are hereby **DIRECTED** to treat the Report of Richard D. Clark, CPA, MBA as

"Confidential Information" pursuant to the Protective Order of Confidentiality entered by this Court on June 4, 2003.

**SO ORDERED**.

Entered: _____, 2003                    _____
                                          United States District Judge