## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUSSIAN RESEARCH CENTER**<br>**THE KURCHATOV INSTITUTE,**<br><br>        **Plaintiff,**<br><br>  v.<br><br>**WESTERN SERVICES CORP., et al.,**<br><br>        **Defendants and**<br>        **Third-Party Plaintiff,**<br><br>  v.<br><br>**GSE SYSTEMS, INC.**<br><br>        **Third-Party**<br>        **Defendants.** | **Case No.: AMD 02-3878** |

## **ORDER**

Whereas, defendant/third-party plaintiff Western Services Corp.'s Motion to Seal Exhibit 2 to its Memorandum in Support of its Motion to Preserve the Confidential Designation of Richard D. Clark's Report states reasons supported by specific factual representations to justify the requested sealing in accordance with Local Rule 105.11;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of the Exhibit 2 to the memorandum is appropriate;

2

Accordingly, it is this _____ day of _____, 200__, by the United States District Court of the District of Maryland, ORDERED:

1. That Western Services Corp.'s Motion to Seal Exhibit 2 to its Memorandum in Support of its Motion to Preserve the Confidential Designation of Richard D. Clark's Report is GRANTED;

2. That the Sealed Document be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Document shall be placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED_____."

_____
United States District Judge