IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER ) | |
| THE KURCHATOV INSTITUTE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| WESTERN SERVICES CORPORATION, ) | |
| *et al.* ) | CASE NO: AMD 02 CV3878 |
| ) | |
| Defendants ) | |

**ANSWER TO WESTERN SERVICES CORPORATION'S
AMENDED COUNTERCLAIM AND THIRD PARTY CLAIM**

Plaintiff and Counter Defendant Russian Research Center Kurchatov Institute ("KI"), by its undersigned counsel, answers the Amended Counterclaims (the "Amendment") asserted by Western Services Corporation ("WSC") as follows:

Incorporation By Reference

1. With the exception of the paragraphs of WSC's Amended Counterclaim specifically addressed below, and pursuant to FED. R. CIV. P. 10(c), KI incorporates by reference its specific responses affirmative defenses and other matters in its original Answer to Western Services Corporation's Counterclaim and Demand For Jury Trial, filed

511476.1

with the Court on April 1, 2003, as if fully set forth herein.

## Specific Answers

2.   With reference to the allegations of Paragraphs 7 and 16 of WSC's Amendment, the allegations of Paragraph 7 and 16 are not asserted against KI, but, to the extent they are, KI is without knowledge or information sufficient to form a belief as to their truth, and, therefore, denies the same.

3.   With reference to Paragraph 42 of the Amendment, KI continues to deny the allegations contained therein, including the amended information.

4.   The allegations contained in Paragraph 63 of the Amendment are not asserted against KI, but to the extent they are, KI is without knowledge or information sufficient to form a belief as to their truth and, therefore, denies the same. The allegations contained in Paragraphs 64 and 65 and 113 through 118 of the Amendment are not asserted against KI, but, to the extent they are, KI denies the allegations set forth therein.

511476.1

```
                                        /s/
                              _____
                              John M.G. Murphy
                              Fed. Bar No: 03811
                              Jesse B. Hammock
                              Fed. Bar No: 26724
                              Ober, Kaler, Grimes & Shriver
                              A Professional Corporation
                              120 E. Baltimore St., 8th fl.
                              Baltimore, MD  21202
                              410-685-1120
                              Fax:  410-547-0699

                              Attorneys for Plaintiff
                              Russian Research Center -
                              Kurchatov Institute

OF COUNSEL:
E. Scott Johnson
Ober, Kaler, Grimes & Shriver
120 E. Baltimore St., 8th fl.
Baltimore, MD  21202
410-685-1120
Fax:  410-547-0699
```

511476.1