IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RUSSIAN RESEARCH CENTER THE KURCHATOV INSTITUTE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>WESTERN SERVICES CORP., et al.,  )<br>)<br>Defendants and  )<br>Third-Party Plaintiff,  )<br>v.  )<br>)<br>GSE SYSTEMS, INC.  )<br>)<br>Third-Party  )<br>Defendants.  )<br>) | Case No.: AMD 02-3878 |

## NOTICE OF FILING DOCUMENT UNDER SEAL

Exhibit 5, which is the sixth attachment to Western Service Corp.'s Motion to Preserve the Confidentiality of Richard D. Clark's Report which was docketed as Docket No. 89, will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

By:         /s/        
Bruce R. Genderson (Bar No. 02427)
George A. Borden (Bar No. 06268)
Margaret A. Keeley (Bar No. 15654)
Ann N. Sagerson (Bar No. 15821)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Western Services Corporation and George Utmel*

Dated: December 11, 2003

2