**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| RUSSIAN RESEARCH CENTER THE KURCHATOV INSTITUTE, | * |
| Plaintiff/Counterclaim Defendant, | * |
| v. | * |
| WESTERN SERVICES CORP., et al., | * |
| Defendant/Counterclaim Plaintiff/ Third Party Plaintiff, | *   Civil Action No.: |
| v. | *   AMD 02-3878 |
| GSE SYSTEMS, INC., | * |
| Third Party Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE OF SUBPOENA**

I hereby certify that on the 16th of December 2003, a copy of a Subpoena Duces Tecum directed to Chevy Chase Bank along with an attached Document Rider was served by facsimile and first class mail, postage prepaid, to Bruce Genderson, Esq., Williams & Connolly LLP, 725 12th Street, NW, Washington DC 20005, counsel for Western Services Corporation and George Utmel (aka Guia Outmelidze) and by facsimile to John Murphy, Esq., Ober, Kaler, Grimes & Shriver, Baltimore, MD 21202, counsel for Russian Research Center The Kurchatov Institute.

_____/s/_____

Charles L. Simmons Jr., P.C.
Gorman & Williams
2 North Charles Street, Suite 750
Baltimore, MD 21201
410-528-0600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certificate of Service of Subpoena was served by first class mail, postage prepaid, to Bruce Genderson, Esq., Williams & Connolly LLP, 725 12th Street, NW, Washington DC 20005, counsel for Western Services Corporation and George Utmel (aka Guia Outmelidze) and by facsimile to John Murphy, Esq., Ober, Kaler, Grimes & Shriver, Baltimore, MD 21202, counsel for Russian Research Center The Kurchatov Institute.

/s/
_____
Charles L. Simmons Jr., P.C.