

ORIGINAL

$50 **FEE PAID**

**FEE NOT PAID**
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**



FILED
LODGED
ENTERED
RECEIVED

DEC 2 9 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

RUSSIAN RESEARCH CENTER THE KURCHATOV INSTITUTE

**Plaintiff(s)**

BY

**Case No.: AMD 02-3878**

vs.

WESTERN SERVICES CORP., et al.

**Defendant(s)**

✱✱✱✱✱✱

2003 DEC 31

## MOTION FOR ADMISSION *PRO HAC VICE*

I, George A. Borden _____, am a member in good standing of the bar

of this Court. My bar number is 06268 _____. I am moving the admission of

Laurie L. Carr _____ to appear *pro hac vice* in this case as

counsel for Western Services Corp. _____

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| All Courts of the State of New York | November 24, 2003 |
|  |  |
|  |  |
|  |  |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                              Page 1 of 3

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or _____ . is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission _pro hac vice_ is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.    The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT

_signature_

Signature

George A. Borden
Printed Name

Williams & Connolly LLP
Firm

725 Twelfth St. NW, Washington, DC 20005
Address

202-434-5563
Telephone Number

202-434-5029
Fax Number

PROPOSED ADMITTEE

_signature_

Signature

Laurie L. Carr

Williams & Connolly LLP
Firm

725 Twelfth St. NW, Washington, DC 20005
Address

202-434-5813

202-434-5029
Fax Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☒ GRANTED        ☐ DENIED

_12-31-03_                     Felicia C. Cannon
Date                          Clerk, United States District Court

                              _by: Lisa Stevens_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served on the following by first-class mail, postage prepaid on December 22, 2003:

Charles L. Simmons Jr., Esq.
Gorman & Williams
Two North Charles Street
Baltimore, MD 21201

John M.G. Murphy, Esq.
Ober, Kaler, Grimes & Shriver, P.C.
120 East Baltimore Street
Baltimore, MD 21202

Margaret A. Keeley