IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER<br>THE KURCHATOV INSTITUTE,<br><br>    Plaintiff,<br><br> v.<br><br>WESTERN SERVICES CORP., et al.,<br><br>    Defendants and<br>    Third-Party Plaintiff,<br><br> v.<br><br>GSE SYSTEMS, INC.<br><br>    Third-Party<br>    Defendants. | Case No.: AMD 02-3878 |

**UNOPPOSED MOTION BY WESTERN SERVICES
CORP. FOR EXTENSION OF TIME TO FILE REPLY**

    Defendant/Third-Party Plaintiff Western Services Corporation ("Western"), through undersigned counsel, respectfully moves the Court for a seven-day extension of time for filing its Reply to GSE's Response in Opposition to Western's Motion to Preserve the Confidential Designation of Richard D. Clark's Report (docket no. 95).  This Motion is unopposed, as counsel for Third-Party Defendant GSE Systems, Inc. ("GSE"), Charles L.

Simmons, Jr., has consented to a seven-day extension of the time for filing, which would extend the deadline to January 16, 2004.[1]

Western is requesting this extension of time because its counsel and counsel for GSE are attempting to resolve the issues raised by the underlying Motion.

For the foregoing reasons, Western respectfully requests that its time to file a Reply be extended to January 16, 2004.

A Proposed Order extending the filing deadline is submitted.

---

[1] Because Plaintiff Russian Research The Kurchatov Institute neither objected to the confidential designation of Richard D. Clark's Report nor filed a Response to Western's Motion to Preserve the Confidential Designation of Richard D. Clark's Report, only counsel for GSE was consulted regarding this matter.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP


        By:       /s/
            Bruce R. Genderson (Bar No. 02427)
            George A. Borden (Bar No. 06268)
            Margaret A. Keeley (Bar No. 15654)
            Ann N. Sagerson (Bar No. 15821)
            Laurie L. Carr

        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000

        *Counsel for Western Services Corporation and George Utmel*

Dated: January 8, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion by Western Services Corp. for Extension of Time to File Reply was served electronically on the following on January 8, 2004:

>John M.G. Murphy, Esq.
>Ober, Kaler, Grimes & Shriver, P.C.
>120 East Baltimore Street
>Baltimore, MD 21202
>
>Francis J. Gorman, Esq.
>Gorman & Williams
>Two North Charles Street
>Suite 750
>Baltimore, MD 21201

_____/s/_____
Laurie L. Carr