IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| RUSSIAN RESEARCH CENTER ) <br> THE KURCHATOV INSTITUTE, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WESTERN SERVICES CORP., et al., ) <br>  ) <br> Defendants and ) <br> Third-Party Plaintiff, ) <br> v. ) <br>  ) <br> GSE SYSTEMS, INC. ) <br>  ) <br> Third-Party ) <br> Defendants. ) | Case No.: AMD 02-3878 |

## ORDER

**AND NOW**, this _____ day of January, 2004, upon consideration of the Unopposed Motion by Defendant/Third-Party Plaintiff Western Services Corp. ("Western") for an Extension of Time to File a Reply, and for good cause shown, it is **ORDERED** that the Unopposed Motion is **GRANTED**.  Accordingly, the deadline for the filing of Western's Reply to GSE's Response in Opposition to WSC's Motion to Preserve the Confidential Designation of Richard D. Clark's Report is hereby extended to Friday, January 16, 2004.

_____
The Honorable Andre M. Davis