

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel:  410-962-1030
Fax: 410-385-0869
www.browngold.com

January 9, 2003

Honorable Andre M. Davis
United States District Court
101 W. Lombard Street
Suite 520
Baltimore, Maryland  21201-2605

      Re:    Russian Research Center The Kurchatov Institute v. Western Services Corp. et al.
             Case No. AMD 02-3878 and
             Russian Research Center The Kurchatov Institute v. Science Applications Int'l
             Corp. et al.
             Case No. AMD-03-2340.

Dear Judge Davis:

      As counsel for the parties in the above-captioned cases, we write jointly to advise the Court that a settlement has been reached, subject to one contingency (ratification of the settlement by the boards of directors for SAIC and DS&S, defendants in Case No.AMD-03-2340) which will be resolved by January 24, 2004.  We will report back to the Court on or before Monday, January 26, concerning final consummation of the settlement.

      In light of this, and in order to preserve the resources of the parties and the Court, the parties have agreed to a standstill of all litigation activities pending resolution of the final contingency.  In the unlikely event that the settlement is not consummated, the parties in Case No. AMD-02-3878 will require a short extension of the current discovery deadline (February 3) so that discovery that would otherwise go forward in the next few weeks can be completed.  We trust that this will be acceptable to the Court; if that is not the case, we respectfully request that the Court so advise.

      We also request that the Court not dismiss the actions pursuant to Local Rule 111 until our January 26 correspondence concerning the final contingency is submitted.



                                         /s/Andre M. Davis
                                           United States District Judge
                                             January 9, 2004

The parties thank you for your consideration of this issue.

                                                         Respectfully submitted,

/s/ _____
Daniel F. Goldstein

/s/ _____
John M.G. Murphy

/s/ _____
Charles L. Simmons, Jr.

/s/ _____
Bruce R. Genderson

/s/ _____
Peter M. Boyle