IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

_____

Russian Research Center                  )
The Kurchatov Institute.                  )
                                          )
                  Plaintiff,              )
                                          )        Case No.: AMD
                                          )        02-3878
        v.                                )
                                          )
Western Services Corp., et al.            )
                                          )
                  Defendants.             )
_____

**STIPULATION OF DISMISSAL**

Plaintiff and Counter-Defendant Russian Research
Center, The Kurchatov Institute, Third Party Defendant GSE
Systems, Inc., and Defendant and Counter-Plaintiff Western
Services Corporation, by their undersigned counsel, pursuant
to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the
dismissal of the above caption action, with prejudice.


_____/s/_____          _____/s/_____
John M. G. Murphy                  Bruce Genderson
Federal Bar # 03811                Williams and Connolly, LLP
Ober, Kaler, Grimes & Shriver      725 12th Street, N.W.
A Professional Corporation         Washington, D.C. 20005
120 East Baltimore St.
Baltimore, Md. 21202               Attorneys for the Defendant
                                   and Counter-Plaintiff
Attorneys for Plaintiff and        Western Services Corporation
Counter-Defendant
Russian Research Center,
The Kurchatov Institute

_____/s/_____
Charles L. Simmons, Esq.
Gorman and Williams
Two North Charles Street
Baltimore, MD 21201

Counsel for Third Party Defendant
GSE Systems, Inc.