IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

```
_____
                                         )
Russian Research Center                  )
The Kurchatov Institute.                 )
                                         )
                  Plaintiff,             )
                                         )      Case No.: AMD
                                         )      02-3878
      v.                                 )
                                         )
Western Services Corp., et al.           )
                                         )
                  Defendants.            )
_____)
```

## STIPULATION OF DISMISSAL

Plaintiff and Counter-Defendant Russian Research Center, The Kurchatov Institute, Third Party Defendant GSE Systems, Inc., and Defendant and Counter-Plaintiff Western Services Corporation, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the above caption action, with prejudice.


|   /s/   |   /s/   |
|---|---|
| John M. G. Murphy | Bruce Genderson |
| Federal Bar # 03811 | Williams and Connolly, LLP |
| Ober, Kaler, Grimes & Shriver | 725 12th Street, N.W. |
| A Professional Corporation | Washington, D.C. 20005 |
| 120 East Baltimore St. | |
| Baltimore, Md. 21202 | Attorneys for the Defendant and Counter-Plaintiff |
| Attorneys for Plaintiff and Counter-Defendant | Western Services Corporation |
| Russian Research Center, The Kurchatov Institute | |

```
_____/s/_____
Charles L. Simmons, Esq.
Gorman and Williams
Two North Charles Street
Baltimore, MD 21201

Counsel for Third Party Defendant
GSE Systems, Inc.
```



/s/Andre M. Davis
United States District Judge
February 4, 2004